```
                              UNITED STATES DISTRICT COURT
                              FOR THE SOUTHERN DISTRICT OF
                              FLORIDA

                              IN ADMIRALTY

                              CASE NO.
```

SHORELINE MARINE FUEL DELIVERY, INC.,

    Plaintiff,

    vs.

M/V "MARATON"
Her engines, tackle, etc., in rem
and AUXILIARY ALMA BULK AIE S.A. a Foreign
corporation.

Defendants

_____/

**VERIFIED COMPLAINT TO FORECLOSE MARITIME LIEN**

    The Plaintiff SHORELINE MARINE FUEL, DELIVERY INC., by and through its undersigned attorneys, and file this its Verified Complaint against the "M/V MARATON" (VESSEL) her engines, tackle, boilers, apparel, appurtenances, etc., <u>in rem</u>, and its Owner AUXILIARY ALMA BULK AIE S.A. alleges as follows:

    1.    That this is a case of admiralty and maritime

every allegation contained in paragraphs 1-7 as if set forth fully herein.

9. This is an action brought pursuant to 46 U.S.C. § 31301 (2000).

10. That between February 2014 and the present, Plaintiff Shoreline upon order of the owner, master, authorized agent, charterer or person to whom said vessel was entrusted, supplied to the "M/V MARATON," in rem, certain necessaries consisting of fuel in the amount of one hundred ten thousand nine hundred fifty ($110,950.86) dollars and eighty six hundredths as evidenced by invoices attached as Exhibit A.

13. That all of the said charges are reasonable, necessary and proper and were accepted by the Owner.

14. That there is presently due and owing upon the aforesaid account the sum of one hundred ten thousand nine hundred fifty ($110,950.86) plus attorney's fees, costs and US Marshall expenses, demand for aforesaid amount has been made upon, and acknowledged by, the Defendant, however, such demand has not been heeded. Therefore Plaintiff has a maritime lien against the Defendant "M/V MARATON" in rem, for payment thereof.

**WHEREFORE,** Plaintiff SHORELINE prays,

A. Process in due form of law, according to the practice of this Court, issue against the vessel M/V MARATON, its

engines, boilers, tackle equipment, apparel, appurtenance, etc. and that any person, firm or corporation claiming any interest in said vessel be cited to appear and answer this Complaint;

B. The maritime liens be declared valid and sustaining an interest in favor of the Plaintiff in the in a principal amount to be set by this Court, together with prejudgment interest continuing to accrue thereon, plus costs, and to be superior to the interests, liens, claims or mortgages of any and all persons, firms or corporations whatsoever;

C. This Court direct the manner in which the actual notice of the commencement of this suit shall be given by the Plaintiff to the master, or other ranking officer or caretaker of the vessel, and any other persons, firms or corporations having any interest therein or having filed any mortgages or notices of liens against said vessel.

D. A judgment in favor of Plaintiff in a principal amount to be set by this Court, together with interest continuing to accrue thereon, plus costs be entered in favor of the Plaintiff and against the subject vessel.

E. That said vessel, its engines, boilers, tackle equipment, apparel, appurtenance, etc be supplementary arrested, condemned and sold by the United States Marshal of this

District under decree of this Court to satisfy said judgment or any portion thereof;

F. That process according to the practice of this Court issue against the owners and managers of the vessel;

G. That judgment be entered against the vessel for wages, penalty wages, attorney's fees, interest, costs and maintenance and cure; and

H.  That Plaintiff Shoreline be awarded a money judgment against Defendant AUXILIARY ALMA BULK AIE S.A.  and have such other and further relief as this Court deems just and proper.

I. That the Plaintiff be granted any other such relief as this Honorable Court may deem proper and equitable under the circumstances.

**FURTHER AFFIANT SAYETH NOUGHT.**

_____
Steve Johnston Affiant

STATE OF FLORIDA)
                )ss:
COUNTY OF MIAMI- DADE  )

**BEFORE ME**, the undersigned authorities, this day, personally appeared Steve Johnston who is personally known to me and first being duly sworn, deposes and says that he is President of Plaintiff corporation and he has personal knowledge of the facts

and matters set forth herein and that each of these facts and matters are true and correct.

SWORN TO AND SUBSCRIBED before me this     day of May 2014.

NOTARY PUBLIC



/s Clifford Kornfield

BY:_____
CLIFFORD A. KORNFIELD, P.A.
Attorneys for Plaintiff
11400 SW 68 CT
Miami, FL. 33156
(305) 666-7202
kornlaw@gmail.com
Florida Bar Number 449512